UPTOWN FEDERAL SAVINGS AND LOAN ASSOCIATION
*v.* ESTHER A. DEFINE ET AL.
(13782)

FOTI, LANDAU and HENNESSY, Js.
Argued April 28—decision released May 23, 1995

*Esther A. Define,* pro se, the appellant (named defendant).

*Heidi Clark,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.